### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** 1:23-CR-00034 |
| **Plaintiff,** | **JUDGE** DLOTT |
| **vs.** | **INFORMATION** |
| **GARY STANFORD,** | **18 U. S. C. § 641** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Theft of Public Money)

From in or about November 2019, and continuing through in or about March 2022, in the Southern District of Ohio, the defendant, **GARY STANFORD**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $27,742.08.

**In violation of 18 U.S.C. § 641.**

KENNETH L. PARKER
UNITED STATES ATTORNEY

**TIMOTHY LANDRY (MA 669554)**
**SPECIAL ASSISTANT U.S. ATTORNEY**